# EXHIBIT A - 1 PAGE

**In re** 1494-1496 CIA, LLC  
  Debtor

**Case No.** 14-43767-nhl  
**Reporting Period:** 7/24/14 to 7/31/14

## CASH FLOW PROJECTION FOR THE PERIOD __8/01/14__ THROUGH __7/31/15__

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed. This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

**Property:** 1494-1496 CIA, LLC  
**Square Footage:** 5280

| | AUGUST 2014 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | 11876.3 | $14,050 | $14,050 | $14,150 | $14,250 | $14,250 | $14,250 | $14,350 | $14,450 | $14,450 | $14,450 | $14,450 |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | 11876.3 | $14,050 | $14,050 | $14,150 | $14,250 | $14,250 | $14,250 | $14,350 | $14,450 | $14,450 | $14,450 | $14,450 |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Taxes - Real Estate | | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | 150 | $675 | 300 | 450 | 900 | 600 | 550 | 800 | 300 | 200 | 575 | 150 |
| Other *(attach schedule)* | | | | | | | | | | | | |
| Total Expenses | 1000 | 1525 | 1150 | 1300 | 1750 | 1450 | 1300 | 1650 | 1150 | 1050 | 1325 | 1000 |
| | | | | | | | | | | | | |
| Debt Service | 12147.5 | 12147.5 | 12147.5 | 12147.5 | 12147.5 | 12147.5 | 12147.5 | 12147.5 | 12147.5 | 12147.5 | 12147.5 | 12147.5 |
| Professional Fees | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| U.S. Trustee Fees | | | 650 | | | 650 | | | 650 | | | 650 |
| Court Costs | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Income | -1321.2 | 327.5 | 52.5 | 652.5 | 302.5 | -47.5 | 752.5 | 502.5 | 452.5 | 1202.5 | 927.5 | 602.5 |
| | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | -1321.2 | 327.5 | 52.5 | 652.5 | 302.5 | -47.5 | 752.5 | 502.5 | 452.5 | 1202.5 | 927.5 | 602.5 |