Gary F. Eisenberg
PERKINS COIE LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 262-6900
Fax: (212) 977-1649
GEisenberg@perkinscoie.com

*Attorneys for CXA-16 Corporation*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE:                                          :        Case No. 14-43767-NHL

1494-1496 CIA LLC,                              :
                                                         Chapter 11
                          Debtor.               :

                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF GARY F. EISENBERG, ESQ. IN SUPPORT OF STAY RELIEF MOTION OF CXA-16 CORPORATION

Gary F. Eisenberg, Esq., of full age, says:

1.     I am a member of the firm of Perkins Coie LLP, attorneys for CXA-16 Corporation, a Nevada corporation ("**CXA**"), successor in interest to LNV Corporation, successor in interest to Greystone Bank, a North Carolina bank, a secured creditor of the Debtor 1494-1496 CIA, LLC (the "**Debtor**") in the above-captioned bankruptcy case, and am fully familiar with the facts and circumstances set forth herein.

2.     Attached hereto as Exhibit A is a true and correct copy of the appraisal report that the Debtor provided to CXA previously in this case.

**Page 1**

3.      Attached hereto as Exhibit B is a true and correct copy of what I believe to be the complaint filed in the "action currently pending in state court" as described in Section VIII of the plan of reorganization filed by the Debtor in this bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       February 3, 2015

                                        /s/ Gary F. Eisenberg_____
                                        Gary F. Eisenberg

**Page 2**

LEGAL124928458.1